# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ROY HOWARD MIDDLETON,

      Petitioner,

v.                                 CASE NO.  3:17cv261/MCR/EMT

SECRETARY DEPARTMENT
OF CORRECTIONS,

      Respondent.

_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 19, 2019.  ECF No. 31.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      The petition for writ of habeas corpus, ECF No. 1, is **DENIED**.

3.      A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 23rd day of May 2019.


*s/ M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**